Jewell D. CHANDLER, Appellant,

v.

Richard L. ROUDEBUSH,* in his official capacity as Administrator of Veterans Affairs, Veterans Administration, et al., Appellees.

No. 74–1596.

United States Court of Appeals,
Ninth Circuit.

July 19, 1976.

Before TRASK, CHOY and GOODWIN, Circuit Judges.

The above-entitled cause is reversed and remanded to the district court for further proceedings in conformity with *Chandler v. Roudebush,* 425 U.S. 840, 96 S.Ct. 1949, 48 L.Ed.2d 416 (1976), *reversing Chandler v. Johnson,* 515 F.2d 251 (9th Cir. 1975).

* Originally DONALD E. JOHNSON.

** The Honorable Charles H. Carr, United States District Judge for the Central District of Cali-

UNITED STATES of America, Appellee,

v.

Juan Guadalupe GALVAN, Appellant.

No. 73–3195.

United States Court of Appeals,
Ninth Circuit.

July 28, 1976.

Before CHAMBERS and GOODWIN, Circuit Judges, and CARR,** District Judge.

The order filed May 10, 1976, 9 Cir., 500 F.2d 1131, is withdrawn.

Appellee's petition for rehearing filed July 24, 1975, is allowed; the opinion filed July 15, 1974, is withdrawn; the suggestion for rehearing en banc is rejected; and the judgment of the district court is affirmed on the authority of *United States v. Martinez-Fuerte et al.,* —— U.S. ——, 96 S.Ct. 3074, 49 L.Ed.2d 1116 (1976).

fornia, sitting by designation at the time of argument; died March 14, 1976.